UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN PINK,

        Petitioner,

    v.

STATE OF WASHINGTON,

        Respondent.

Case No. C07-5545FDB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 9 day of October, 2007.

                      */S/ J. Kelley Arnold*
                      J. Kelley Arnold
                      United States Magistrate Judge