# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEVEN E. PINK

JUDGMENT IN A CIVIL CASE

v.

STATE OF WASHINGTON

CASE NUMBER: C07-5545FDB

____     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX      **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The petition is DISMISSED WITHOUT PREJUDICE. The issues presented are currently in state court and are therefore exhausted.

December 21, 2007                    BRUCE RIFKIN
                                     Clerk

                                     s/ D. Forbes
                                     By, Deputy Clerk